Jimmy LEYtham  0016742
(full name/prisoner number)
SICI N.O. - D20
PO.Box 8509
Boise I.D. 83707
(complete mailing address)

**U.S. COURTS**

**SEP 29 2016**

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Jimmy LEYtham,

Petitioner,

v.

Chad Page,

Respondent (Warden).

Case No. 1:16-cv-00437-CWD
(to be assigned by Court)

**PETITION FOR WRIT OF HABEAS CORPUS**
(§ 2254 - state custody)

I request that the United States District Court grant my Petition and issue a Writ of Habeas Corpus to Respondent based on the following grounds.

**I. CONVICTION OR SENTENCE BEING CHALLENGED:**

1.  (a) Name and location of court that entered the judgment of conviction being challenged:
    In The District Court of the Fourth Judicial District of the State of Idaho/ADA Co.

    (b) Criminal docket or case number (if you know): CR-FE-2014-0003478/CR-FE-2014-5269

    (c) Date of the judgment of conviction (if you know): Dec. 31st 2014

    (d) Date of sentencing: DEC. 31 - 2014

    (e) Length of sentence: 5 Fixed  5 Indetermed. 10 yrs. total

2.  In this case, were you convicted of more than one count or crime?  ☒ Yes  ☐ No

3.  Identify all counts/crimes of which you were convicted/sentenced in this case: Count II

Petition for Writ of Habeas Corpus - p. 1

(Rev. 10/24/2011)

**FEE PAID**
R# IDX100018648

<u>FoRgeRy CAse NumbeR CR-FI 2014-0003478</u>
<u>CRiminAl PosseSSioN of A fiNANciAl CARD CR-FE-20145269</u>

4. (a) What was your plea? (Check one) ❏ Not Guilty  ☒ Guilty  ❏ *Alford* Plea or No Contest

5. If you went to trial, what kind of trial did you have? (Check one) ❏ Jury  ❏ Judge only  NA

## II. DIRECT APPEAL

1. Did you file a direct appeal from the judgment of conviction? ❏ Yes  ☒ No
   my ATToRNey DRoP The BAll NeveR cAme To JAil oR cAll me

2. If you did appeal, provide the following:

   (a) Name of court that heard your appeal: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Grounds raised: _____

   _____

   _____

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ❏ Yes  ❏ No  ❏ Not applicable.   If yes, answer the following:

   (1) Result: _____

   (2) Date of result (if you know): _____

   (3) Grounds raised: _____

   _____

   _____

## III. FIRST POST-CONVICTION ACTION

1. If you filed any post-conviction petition, application, or motion concerning this judgment of conviction or sentence in any state court, give the following information:

   (a) Name of court: Fourth District of Idaho / Ada Co.

   (b) Date of filing (if you know): Feb. 19th 2015 CV PC 1502841

   (c) Type of proceeding: Post conviction and Rule 35

   (d) Grounds raised: 6th and 14th Amendment / Ineffective Counsel claim #1, #2, #3 Dated Feb. 25th 2015

2. Did you file an appeal? ☒ Yes ☐ No  If you did appeal, answer the following:

   (a) Name of court that heard your appeal: State of Idaho Court of Appeals

   (b) Docket or case number (if you know): Ada Co. PC No. 2015-2841 / Supreme Court Docket No. 43551

   (c) Result: Denied

   (d) Date of result (if you know): Sept. 6th 2016

   (e) Grounds raised: Post Conviction / Rule 35

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ☒ Yes ☐ No ☐ Not applicable. If yes, answer the following:

   (1) Result: Denied

   (2) Date of result (if you know): Sept. 6th 2016

   (3) Grounds raised: Post Conviction / Rule 35
   → Ada County No. CV-2015-2841 / Supreme Court No. 43551-2015
   Ref. No. 16-186

IV. SECOND POST-CONVICTION ACTION

1. If you filed a second post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: _____

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____
    _____
    _____

2. Did you file an appeal? ❏ Yes  ❏ No  If you did appeal, answer the following:

    (a) Name of court that heard your appeal: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____
    _____
    _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ❏ Yes  ❏ No  ❏ Not applicable.  If yes, answer the following:

        (1) Result: _____

        (2) Date of result (if you know): _____

        (3) Grounds raised: _____
        _____

## V. THIRD POST-CONVICTION ACTION

1. If you filed a third post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: _____

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____
    _____

2. Did you file an appeal? ❏ Yes   ❏ No   If you did appeal, answer the following:

    (a) Name of court that heard your appeal: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____
    _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ❏ Yes   ❏ No   ❏ Not applicable.   If yes, answer the following:

       (1) Result: _____

       (2) Date of result (if you know): _____

       (3) Grounds raised: _____
       _____

## VI. CLAIMS FOR WHICH RELIEF IS REQUESTED IN THIS PETITION

For this petition, state every claim for which you allege that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four claims. State the legal basis/federal ground for your claim very briefly. Do not make extensive legal arguments on the petition form, but you may file a legal memorandum or brief either (1) with your petition

Petition for Writ of Habeas Corpus - p. 5                                                                 (Rev. 10/24/2011)

or (2) as your reply to the respondent's motion for summary dismissal or answer. Importantly, your petition should include all of the facts that support your claim.

1. **First Claim**

    (a) Legal Basis: See Attached _____

    *(State federal ground for your claim by citation or explanation in words.)*

    (b) Supporting Facts: _____

    _____

    (c) Did you bring this claim before the Idaho Supreme Court?  ☒ Yes   ☐ No

        (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: Post Conviction

        (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

    _____

2. **Second Claim**

   (a) Legal Basis: _____
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   (c) Did you bring this claim before the Idaho Supreme Court? ❑ Yes   ❑ No

   (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

   _____

   (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

   _____

   _____

3. **Third Claim**

   (a) Legal Basis: _____
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   (c) Did you bring this claim before the Idaho Supreme Court? ❑ Yes   ❑ No

      (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

      _____

      (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

      _____

      _____



I hereby certify that on this __20__ day of __September__, 20__16__, a copy of the foregoing pleading/ document was mailed to the following (respondent(s) or counsel for respondent(s)) at the following addresses, by _____X_____ delivering it to a prison official for mailing under the indigent policy, or _____ placing it in a United States postal depository unit with postage prepaid (*indicate which form of mailing you used*):

(*write name and address of Respondent's attorney here*)

__Jimmy Leytham__   Jimmy Leytham
Original Signature of Applicant

## VIII. State Court Record

The respondent will supply the Court with a copy of those portions of the state court record that the respondent deems relevant to the Court's determination of the claims at hand.

If the respondent does not lodge all portions of the state court record that you deem relevant to a determination of the claims, you can file a motion to expand the record under Rule 7 of the Rules Governing Section 2254 Cases.

## IX. Standard of Law and Petitioner's Burden of Proof

Habeas corpus claims are usually determined by a federal court's review of the written state court record. The federal habeas corpus action is not an opportunity to re-litigate your criminal case. See 28 U.S.C. § 2241, *et seq*. You bear the burden to show that your conviction or sentence violates the federal Constitution, United States Supreme Court case law, federal law, or a treaty of the United States.

The standard of law you must meet when your claim when the state court decided your claim on the merits is as follows. You must show that the state court's adjudication of the claim:

1. resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or,

2. resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding.

See 28 U.S.C. § 2254(d). In a habeas proceeding, a federal court is required to accept the state court's determination of factual issues as correct, unless the petitioner rebuts the presumption of correctness by clear and convincing evidence. See 28 U.S.C. § 2254(e)(1).

## VI. OTHER FEDERAL COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have previously filed any type of petition, application, or motion in federal court regarding the conviction or sentence, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result. Attach a copy of the decision if possible.

_____

_____

## VII. PENDING COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, and the current status.

_____

_____

_____

## VIII. REQUEST FOR APPOINTMENT OF COUNSEL

I ☒ do  ☐ do not  request the appointment of counsel. I believe counsel is necessary to assist me for the following reasons: **Lack of education and skill needed to represent.**

## IX. PRAYER FOR RELIEF

Petitioner asks that the Court grant the following relief: **Response to this filing, Evidentiary Hearing, Vacate Conviction, Renegotiate Plea**, and any other relief as justice so requires.

I declare (or verify) under penalty of perjury that the foregoing is true and correct, and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __9-20-16__.
*(month, date, year)*

Executed (signed) on __9-20-16__.
*(month, date, year)*

_____
*(signature of petitioner)*

Petition for Writ of Habeas Corpus - p. 10               (Rev. 10/24/2011)