U.S. COURTS
NOV 05 2018
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

TO U.S. District Court

I Jimmy LEYTHAM
Case # 1:16-CV 00437-CWD
IS Leting The Court KNOW That
I HAVE CONTACTED ACLU.
About Class Action Suit IN
Response to suit on the
Public Deffenders IN the
STATE OF IDAHO. Which IS
Case. TRACY Tucker, ET, Al, V.
The STATE OF IDAHO, ET, Al.
#CV-OC-1510240
4th District ADD County
Filed June 17, 2015

I AM All SO LETTING The
Attorney General Office NO

All so Have A Letter out TO
Public Defense Commission
IN TO Response TO my case.
AS the Attorney DID NOT Fite
3 OF MY Claims out of 4 claims.
Thank you
Jimmy LEYTHAM #16742
SICI MCU C2
Po Box 8509
Boise ID. 83707